UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                              CASE NO: 18-16491-RBR
                                                                    CHAPTER 13
SHIRLEY MAY LACKIE,
*aka* Shirley M. Smith,
*aka* Shirley Smith,

      Debtor.
_____/

**SANTANDER BANK, N.A.'S MOTION FOR COURT APPROVAL
TO RELEASE EXCESS INSURANCE PROCEEDS TO DEBTOR**

    Santander Bank, N.A., its successors and/or assigns ("Secured Creditor"), by and through its undersigned counsel, files this *Motion for Court Approval to Release Excess Insurance Proceeds to Debtor*, and in support thereof states as follows:

    1.    On May 30, 2018, Shirley May Lackie (the "Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

    **2.**    Secured Creditor holds a security interest in the Debtor's real property located at 757 South 62nd Avenue, Hollywood, FL 33023 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 41940, at Page 85, of the Public Records of Broward County, Florida.  Said Mortgage secures a Note in the amount of $200,000.00.

    3.    Secured Credit received insurance claim funds of $30,243.15 for damage sustained to the Property.

    4.    The repairs to the Property have now been 100% completed.  All disbarments for repairs have been completed as well.

    5.    Secured Creditor holds $4,166.67 in funds and hereby seeks the Court's approval to allow the remaining funds to be disbursed directly to the Debtor

**WHEREFORE**, Secured Creditor prays that this Court will enter an Order Granting the Motion for Court Approval to Release Excess Insurance Funds to and for such other and further relief as the Court may deem just and proper.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 Northwest 64th Street, Suite 130
> Fort Lauderdale, FL 33309
> Phone: (954) 618-6955
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Patrick Hruby
> _____
> PATRICK HRUBY, ESQUIRE
> Florida Bar No. 88657

**I CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Shirley May Lackie, 757 S. 62nd Ave., Hollywood, FL 33023; Simona Burshteyn, First Legal PA, 1930 Harrison St., Suite 209, Hollywood, FL 33020; Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130 on this 10th day of June, 2019.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 Northwest 64th Street, Suite 130
> Fort Lauderdale, FL 33309
> Phone: (954) 618-6955
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Patrick Hruby
> _____
> PATRICK HRUBY, ESQUIRE
> Florida Bar No. 88657