

**ORDERED in the Southern District of Florida on January 31, 2020.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

In re:

Shirley May Lackie,

        Debtor.
_____/

Case No.: 18-16491-SMG

Chapter 13

**ORDER CONTINUING SHOW CAUSE HEARING AND
REQUIRING COUNSEL TO APPEAR IN PERSON
WITH A REPRESENTATIVE FROM SANTANDER BANK**

This matter came before the Court for a show cause hearing conducted on January 30, 2020 (the "Show Cause Hearing"), upon the *Order (I) Granting Debtors Second Motion To Compel; (II) Holding Santander In Contempt; (III) Awarding Compensatory Sanctions And (IV) Scheduling A Show Cause Hearing* (ECF No. 85) (the "First Show Cause Order").

In the First Show Cause Order, the Court held Santander Bank N.A. ("Santander") in contempt of Court for its failure to disburse insurance proceeds to the Debtor that Santander had twice previously been ordered to disburse. The Court

1

also awarded the Debtor compensatory sanctions to be paid by Santander for the Debtor's attorneys' fees and costs incurred in pursuing this matter.

In advance of the Show Cause Hearing, counsel for the Debtor filed an *Affidavit of Attorneys' Fees and Costs* (ECF No. 88), evidencing that the Debtor has incurred $2,167.50 in attorneys' fees, and $6.60 in costs, through January 24, 2020, in respect of this matter. No objections to the amounts of attorneys' fees and costs have been received by the Court.

Accordingly, for the reasons stated on the record at the Show Cause Hearing, it is **ORDERED** that:

1. Santander is in continued contempt of Court for violating the Court's *Order on Santander Bank, N.A.'S Motion for Court Approval to Release Excess Insurance Proceeds to Debtor* (ECF No. 51), *Order Granting Motion to Compel* (ECF No. 73), and First Show Cause Order, all of which required Santander to disburse insurance funds to Debtor's counsel.

2. Santander is directed to **immediately** disburse the remaining insurance funds in the amount of $4,166.67 to Debtor's counsel, Simona Burshteyn, Esq., 1930 Harrison Street, Ste. 209, Hollywood, FL 33020.

3. The Debtor is awarded initial compensatory sanctions in the amount of $2,174.10, in respect of her attorneys' fees and costs through January 24, 2020, which Santander is directed to pay forthwith to Debtor's counsel.

4. Santander is to file a Notice of Compliance with the Court upon disbursement of the $4,166.67 in insurance funds and payment of $2,174.10 in initial

compensatory sanctions to Debtor's counsel.

5. Counsel Patrick Hruby is directed to appear in person, along with a representative from Santander, on **February 12, 2020, at 9:30 a.m.** (the "Continued Show Cause Hearing") before the Honorable Scott M. Grossman, in Courtroom 308, 299 East Broward Blvd., Fort Lauderdale, FL 33301, to show cause why Santander and its counsel, Brock & Scott PLLC, should not be subject additional sanctions, including punitive sanctions, for ignoring and violating this Court's prior Orders.

6. In advance of the Continued Show Cause Hearing, Debtor's counsel may file another affidavit detailing any additional attorneys' fees and costs incurred by the Debtor in respect of this matter. The Debtor may also file an affidavit detailing any actual damages she has suffered as a result of Santander's continued failure to disburse the insurance proceeds.

###

Copies furnished to:

Simona Burshteyn, Esq. who must serve a copy of this Order on all interested parties and file a certificate of service thereof.