**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
■ 12MP (84 Months)    Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Shirley May Lackie    JOINT DEBTOR: _____    CASE NO.: 18-16491-SMG
SS#: xxx-xx- 6037    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| Item | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ■ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,250.13  for months  1  to  31 ;
2. $2,156.00  for months  32  to  84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $5600.00 | Total Paid: $5075.00 | Balance Due: $525.00 |
|---|---|---|
| Payable $16.94 /month (Months 1 to 31) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 base fee. $0.00 for 1st Motion to Modify + $525 2nd M2Modify + $525 M2Modify+ $525 M2Modify + $525 M2Modify

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Santander Bank N.A.
   Address: 1 Corporate Drive Ste 360, Lake Zurich, IL 60047-8945
   Last 4 Digits of Account No.: 7725

| | Amount | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $27,193.94 | |
| Arrears Payment (Cure) | $270.68 | /month (Months 1 to 31) |
| Arrears Payment (Cure) | $354.78 | /month (Months 32 to 84) |
| Regular Payment (Maintain) | $875.99 | /month (Months 1 to 31) |
| Regular Payment (Maintain) | $1,576.76 | /month (Months 32 to 84) |

LF-31 (rev. 10/3/17)    Page 1 of 3

Other:  Mortgage on homestead property, POC 1

☒ Real Property          Check one below for Real Property:
  ☒ Principal Residence      ☒ Escrow is included in the regular payments
  ☐ Other Real Property      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
757 S 62 Ave Hollywood, FL 33023

☐ Personal Property/Vehicle

Description of Collateral: Homestead property

---

**2. Creditor:** Santander Bank N.A.

Address: 1 Corporate Drive Ste 360
Lake Zurich, IL
60047-8945

Arrearage/ Payoff on Petition Date   $1,150.00
Payoff (Including 0% monthly interest)   $11.41   /month (Months  1  to  31 )
Payoff (Including 0% monthly interest)   $15.02   /month (Months  32  to  84 )

Last 4 Digits of Account No.:  7725

Other:  PostPetition Mortgage Fees, Expenses and Charges

☒ Real Property          Check one below for Real Property:
  ☒ Principal Residence      ☒ Escrow is included in the regular payments
  ☐ Other Real Property      ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
757 South 62nd Avenue Hollywood, FL 33023

☐ Personal Property/Vehicle

Description of Collateral: Homestead

---

B. **VALUATION OF COLLATERAL:**  ☒ NONE

C. **LIEN AVOIDANCE**  ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**  ☒ NONE

   B. **INTERNAL REVENUE SERVICE:**  ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):**  ☒ NONE

   D. **OTHER:**  ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay  $0.00  /month (Months  1  to  31 )

      Pay  $13.00  /month (Months  32  to  84 )

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:**  ☒ NONE

Debtor(s): Shirley May Lackie                Case number: 18-16491-SMG

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

**VII.   INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**VIII.  NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

In the event the Debtor recovers any non-exempt proceeds from their pending lawsuit, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

Debtor seeks to extend her Chapter 13 plan to 7 years (84 months) pursuant to the CARES Act. The Debtor's income has decreased due to the pandemic, as she no longer receives the room rental income.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    _____ Date          _____ Joint Debtor    _____ Date
Shirley May Lackie

/s/ Simona Burshteyn                12/5/2020
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**